UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                    Bankr. Case No. 19-17533

Donna P. Allen                                                 Chapter 13

    Debtor(s)

## REQUEST FOR NOTICE

Pursuant to Rule 2002(g), Daimler Trust hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Daimler Trust
        c/o BK Servicing, LLC
        PO Box 131265
        Roseville, MN  55113-0011


        BK Servicing, LLC

        By /s/ Ed Gezel

        Ed Gezel, Agent
        BK Servicing, LLC
        PO Box 131265
        Roseville, MN  55113-0011
        651-366-6390
        notices@bkservicing.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on January 29, 2020 :

Sherri Dicks
Law Offices Of Sherri R. Dicks, P.c.
P.O. Box 42251
Philadelphia, PA  19101

Scott F. Waterman (chapter 13)
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA  19606

By /s/ Ed Gezel, Agent
　　Ed Gezel

515284