UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>     Donna P. Allen | Chapter 13<br>Bankruptcy No.19-17533-JKF |
| Debtor | |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 6th day of May, 2020, by first class mail upon those listed below:

Donna P. Allen
526 E. Gorgas Lane
Philadelphia, PA  19119

**Electronically via CM/ECF System Only:**

SHERRI R DICKS ESQ
P O BOX 42251
PHILADELPHIA, PA  19101

                                        */s/ Deborah A. Earnshaw*
                                        Deborah A. Earnshaw
                                        for
                                        Scott F. Waterman, Esquire
                                        Standing Chapter 13 Trustee