**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  Donna P. Allen, | : | Chapter 13 |
| Debtor. | : | Bankr. #19-17533/JKF |
| | : | **Hearing Date:  July 8, 2020, 9:30 A.M.** |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

Debtor Donna P. Allen has filed an Objection to Claim Number Four (4) of  U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE1, Asset-Backed Certificates Series 2007-HE1.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney).**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your review on the motion, then on or before the hearing date, you or your attorney must do all of the following:

    (a) file an answer explaining your position at
    Office of the Clerk, United States Bankruptcy Court
    900 Market Street, Suite 400
    Philadelphia, PA   19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) Mail a copy to the Movant's attorney:

    Sherri R. Dicks, Esquire
    Law Offices of Sherri R. Dicks, P.C.
    P.O. Box 42251
    Philadelphia, PA 19101

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled before the **Honorable Jean K. FitzSimon, United** States Bankruptcy Judge, on **July 8, 2020** at **9:30 A.M.** in **Courtroom No. 3,**

U.S. Bankruptcy Court, Robert N.C. Nix Building, 900 Market St., Phila., PA 19107-4299.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's Office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

Date: May 17, 2020

LAW OFFICES OF SHERRI R. DICKS, P.C.

By: /s/Sherri Dicks
SHERRI DICKS
P.O. Box 42251
Philadelphia, PA  19101
Telephone: (215) 735-2751
clientdocs@verizon.net

2