| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 19-17533-AMC**

Donna P. Allen  
526 E. Gorgas Lane  
Philadelphia  PA   19119

Petition Filed Date: 12/02/2019  
341 Hearing Date: 01/24/2020  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2020 | $2,165.33 | 674086 | 02/05/2020 | $2,165.33 | 675922 | 03/03/2020 | $2,165.33 | 677483 |
| 04/07/2020 | $2,165.33 | 679138 | 05/05/2020 | $2,165.33 | 679928 | 06/11/2020 | $2,165.33 | 681279 |
| 07/07/2020 | $2,165.33 | 682266 | 08/05/2020 | $2,165.33 | 683622 | | | |

**Total Receipts for the Period: $17,322.64    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $17,322.64**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Donna P. Allen | Debtor Refunds | $0.00 | $0.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,322.64 | Current Monthly Payment: | $2,165.33 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,647.79 | Total Plan Base: | $129,919.80 |
| Funds on Hand: | $15,674.85 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.