United States Bankruptcy Court

Eastern District of Pennsylvania

In re:    Case No. 19-17533-amc

Donna P. Allen    Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 2

Date Rcvd: Oct 02, 2020    Form ID: pdf900    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Donna P. Allen, 526 E. Gorgas Lane, Philadelphia, PA 19119-1323 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2020    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2020 at the address(es) listed below:**

**Name**    **Email Address**

POLLY A. LANGDON
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

REBECCA ANN SOLARZ
    on behalf of Creditor U.S. Bank  N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE1, Asset-Backed Certificates Series 2007-HE1 bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

SHERRI DICKS
    on behalf of Debtor Donna P. Allen shrdlaw@hotmail.com  shrdlaw@outlook.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG

District/off: 0313-2     User: PaulP     Page 2 of 2
Date Rcvd: Oct 02, 2020     Form ID: pdf900     Total Noticed: 1

on behalf of Creditor Daimler Trust ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: DONNA P. ALLEN<br>**Debtor(s)** | )<br>)<br>) CHAPTER 13 |
| DAIMLER TRUST<br>**Moving Party** | )<br>) Case No.: 19-17533 (AMC)<br>) |
| v. | ) **Hearing Date: 7-28-20 at 11:00 AM**<br>) |
| DONNA P. ALLEN<br>TIFFANY ALLEN<br>**Respondent(s)** | ) 11 U.S.C. 362<br>)<br>) 11 U.S.C. 1301<br>) |
| SCOTT F. WATERMAN<br>**Trustee** | )<br>)<br>)<br>) |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Daimler Trust and the Debtor in settlement of the Motion For Stay Relief And Co-Debtor Relief, and filed on or about October 1, 2020 in the above matter is APPROVED.

Dated:

BY THE COURT:

**Date: October 2, 2020**

_____
UNITED STATES BANKRUPTCY JUDGE