United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 19-17533-amc

Donna P. Allen     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2

Date Rcvd: Feb 24, 2021     Form ID: 155     Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Donna P. Allen, 526 E. Gorgas Lane, Philadelphia, PA 19119-1323 |
| 14433741 | + | Atlantic City Office of Tax Collection, 1301 Bacharach Blvd., Room 125/126, Atlantic City, NJ 08401-4601 |
| 14459014 | | Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 14515104 | + | Daimler Trust, c/o William E. Craig, Esq., Morton & Craig, LLC, 110 Marter Ave., Suite 301, Moorestown, NJ 08057-3125 |
| 14459738 | | Daimler Trust, c/o Ed Gezel, BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 14433744 | + | KML Law Group, Attn: Michael McKeever, BNY Mellon Independence Center, 701 Market Street, Suite 500, Philadelphia, PA 19106-1538 |
| 14433745 | + | Law Offices of Sherri Dicks, P.C., P.O. Box 42251, Philadelphia, PA 19101-2251 |
| 14577260 | + | Law Offices of Sherri R. Dicks, P.C., P.O. Box 42251, Philadelphia., PA 19101-2251 |
| 14433746 | + | Lord & Taylor, Attn: Bankruptcy Department, 225 Liberty Street, New York, NY 10281-1048 |
| 14433747 | + | Mercedes Benz North America, Attn: Nicholas Speeks, CEO, 1 Mercedes Benz Drive, Sandy Springs, GA 30328-4312 |
| 14433748 | | Select Portfolio Servicing, Inc., 3815 SouthWest Temple, Suite 2000, Salt Lake City, UT 84115 |
| 14443294 | + | U.S. Bank, N.A., c/o Rebecca A. Solarz, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA. 19106-1541 |
| 14442527 | + | U.S. Bank, N.A., successor trustee to LaSalle Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14503242 | | Email/Text: megan.harper@phila.gov | Feb 25 2021 02:58:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14433742 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 25 2021 02:57:00 | Comenity Bank, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14433743 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | Feb 25 2021 02:57:00 | Freedom Credit Union, 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 14458245 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 25 2021 02:24:44 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14433749 | + | Email/Text: jennifer.chacon@spservicing.com | Feb 25 2021 02:58:00 | Select Portfolio Servicing, Inc., Attn: Bankruptcy Department, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14465763 | | Email/Text: jennifer.chacon@spservicing.com | Feb 25 2021 02:58:00 | U.S. Bank, N.A., et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14433750 | + | Email/Text: legal@wayfair.com | Feb 25 2021 02:58:00 | Wayfair, Attn: Niraj Shah, CEO, 4 Copley Place, 7th floor, Boston, MA 02116-6513 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 24, 2021 | Form ID: 155 | Total Noticed: 20 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14514727 | *+ | Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2021          Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| POLLY A. LANGDON | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE1, Asset-Backed Certificates Series 2007-HE1 bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| SHERRI DICKS | on behalf of Debtor Donna P. Allen shrdlaw@hotmail.com shrdlaw@outlook.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Daimler Trust ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Donna P. Allen
       Debtor(s)                           Chapter: 13

                               Bankruptcy No: 19−17533−amc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 24th day of February 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                      Ashely M. Chan
                                                                      Judge ,
                                                                    United States Bankruptcy Court