## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
                                                    :
    DONNA P. ALLEN                 : Chapter 13
                                                    :
        Debtor                  : Bankruptcy No. 19-17533AMC

************

**HEARING TO BE HELD:**
**Date: June 30, 2021**
**Time: 11:00 AM**
**Place: United States**
       **Bankruptcy Court**
       **Courtroom #4, 2rd Floor**
       **9th and Market Streets**
       **Philadelphia, PA 19107**

************

### NOTICE OF MOTION, RESPONSE, DEADLINE AND HEARING DATE

Scott F. Waterman, Standing Chapter 13 Trustee, has filed a Motion for Alternative Disbursement in the above-captioned chapter 13 bankruptcy case for the reason(s) listed on the enclosed Motion.

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT AN ATTORNEY.)**

1. If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then on or before June 15, 2021 you or your attorney must do <u>all</u> of the following:

    (a) file an answer explaining your position at:

    U.S. Bankruptcy Court
    Clerk's Office, 4th Floor
    United States Bankruptcy Court
    9th and Market Streets
    Philadelphia, PA 19107

If you mail your answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)    mail a copy to the movant's attorney :

Polly A. Langdon, Esq.
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, Pennsylvania 19606
Telephone: (610) 779-1313
Fax: (610) 779-3637
***************************

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the enclosed Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Ashely M. Chan, United States Bankruptcy Judge, on June 30, 2021 at 11:00 a.m., in Courtroom #4, 2nd Floor, United States Bankruptcy Court, 9th and Market Streets, Philadelphia, PA  19107.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you, if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's Office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date:  June 1, 2021