| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-17533-AMC**

Donna P. Allen
526 E. Gorgas Lane
Philadelphia  PA     19119

Petition Filed Date: 12/02/2019
341 Hearing Date: 01/24/2020
Confirmation Date: 02/24/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2020 | $2,165.33 | 674086 | 02/05/2020 | $2,165.33 | 675922 | 03/03/2020 | $2,165.33 | 677483 |
| 04/07/2020 | $2,165.33 | 679138 | 05/05/2020 | $2,165.33 | 679928 | 06/11/2020 | $2,165.33 | 681279 |
| 07/07/2020 | $2,165.33 | 682266 | 08/05/2020 | $2,165.33 | 683622 | 09/09/2020 | $2,165.33 | 684963 |
| 10/06/2020 | $2,902.19 | 686347 | 11/06/2020 | $2,902.19 | 687525 | 12/08/2020 | $2,902.19 | 1654717988 |
| 01/12/2021 | $2,902.19 | 1654718090 | 03/10/2021 | $2,902.19 | 692295 | 04/14/2021 | $2,902.19 | 693765 |
| 05/10/2021 | $2,902.19 | 694652 | 06/08/2021 | $2,902.19 | 695693 | | | |

**Total Receipts for the Period: $42,705.49   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $42,705.49**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Donna P. Allen | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES »» 001 | Unsecured Creditors | $933.58 | $0.00 | $933.58 |
| 2 | MERCEDES BENZ FINANCIAL SERVICES »» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | MERCEDES BENZ FINANCIAL SERVICES »» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | SELECT PORTFOLIO SERVICING »» 004 | Mortgage Arrears | $146,796.12 | $33,591.86 | $113,204.26 |
| 5 | CITY OF PHILADELPHIA (LD) »» 005 | Secured Creditors | $69.97 | $0.00 | $0.00 |
| 0 | SHERRI R DICKS ESQ | Attorney Fees | $310.00 | $0.00 | $310.00 |
| 6 | ATLANTIC CITY OFFICE OF TAX COLLECTION »» 007 | Priority Crediors | $2,528.00 | $0.00 | $2,528.00 |

**Chapter 13 Case No. 19-17533-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $42,705.49 | Current Monthly Payment: | $2,962.58 |
| Paid to Claims: | $33,591.86 | Arrearages: | ($5,502.43) |
| Paid to Trustee: | $3,663.66 | Total Plan Base: | $158,668.84 |
| Funds on Hand: | $5,449.97 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.