# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : |
|     DONNA P. ALLEN | : Chapter 13 |
| | : |
|     Debtor | : Bankruptcy No. 19-17533AMC |

## ORDER

**AND NOW**, upon consideration of the Motion for Alternative Disbursement filed by the Standing Chapter 13 Trustee, and any answer filed thereto, and after notice and a hearing it is

**ORDERED**, that the Standing Chapter 13 Trustee shall not make any disbursements to Atlantic City Office of Tax Collection (Claim no 7); and it is

**FURTHER ORDERED,** that the Standing Chapter 13 Trustee shall disburse those funds being held by his office for the above purposes to be instead paid to the remaining unpaid creditors in accordance with the terms of the confirmed Chapter 13 Plan.

BY THE COURT

Dated: _____

**Date: July 2, 2021**

_____
HON. ASHELY M. CHAN,
BANKRUPTCY JUDGE