| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-17533-AMC

| | |
|---|---|
| Donna P. Allen | Petition Filed Date: 12/02/2019 |
| 526 E. Gorgas Lane | 341 Hearing Date: 01/24/2020 |
| Philadelphia  PA    19119 | Confirmation Date: 02/24/2021 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/14/2021 | $2,902.19 | 693765 | 05/10/2021 | $2,902.19 | 694652 | 06/08/2021 | $2,902.19 | 695693 |
| 07/13/2021 | $2,902.19 | 696691 | 08/11/2021 | $2,902.19 | 697850 | 09/15/2021 | $2,902.19 | 1387406102 |
| 10/12/2021 | $2,902.19 | 1387406190 | 11/16/2021 | $2,902.19 | 1387406261 | 01/12/2022 | $2,902.19 | 1387406392 |
| 02/22/2022 | $2,902.19 | 1389806731 | 03/21/2022 | $2,902.19 | 1389806779 | 04/13/2022 | $2,902.19 | 1389806837 |
| 05/13/2022 | $2,902.19 | 2714000241 | 06/08/2022 | $2,902.19 | 2714000299 | | | |

**Total Receipts for the Period: $40,630.66    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $74,629.58**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Donna P. Allen | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES »» 001 | Unsecured Creditors | $933.58 | $0.00 | $933.58 |
| 2 | MERCEDES BENZ FINANCIAL SERVICES »» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | MERCEDES BENZ FINANCIAL SERVICES »» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | SELECT PORTFOLIO SERVICING »» 004 | Mortgage Arrears | $146,796.12 | $67,927.82 | $78,868.30 |
| 5 | CITY OF PHILADELPHIA (LD) »» 005 | Secured Creditors | $69.97 | $0.00 | $0.00 |
| 0 | SHERRI R DICKS ESQ | Attorney Fees | $310.00 | $0.00 | $310.00 |
| 6 | ATLANTIC CITY OFFICE OF TAX COLLECTION »» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |

Chapter 13 Case No. 19-17533-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $74,629.58 | Current Monthly Payment: | $2,962.58 |
| Paid to Claims: | $67,927.82 | Arrearages: | $4,049.60 |
| Paid to Trustee: | $6,391.76 | Total Plan Base: | $158,668.84 |
| Funds on Hand: | $310.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.