| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 19-17533-AMC**

Donna P. Allen
526 E. Gorgas Lane
Philadelphia  PA    19119

Petition Filed Date: 12/02/2019
341 Hearing Date: 01/24/2020
Confirmation Date: 02/24/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/16/2022 | $2,902.19 | 1389806923 | 09/26/2022 | $2,902.19 | 1389806986 | 11/08/2022 | $2,902.19 | 1389807090 |
| 12/12/2022 | $2,902.19 | 1389807137 | 01/18/2023 | $2,902.19 | 1389807165 | 02/10/2023 | $2,902.19 | 1389807189 |
| 03/13/2023 | $2,902.19 | 1389807220 | 04/07/2023 | $2,902.19 | 1389807282 | 06/07/2023 | $2,902.19 | 1389807383 |
| 07/18/2023 | $2,902.19 | 1389807420 | | | | | | |

**Total Receipts for the Period:  $29,021.90    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $110,361.71**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Donna P. Allen | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES  »»  001 | Unsecured Creditors | $933.58 | $0.00 | $933.58 |
| 2 | MERCEDES BENZ FINANCIAL SERVICES  »»  002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | MERCEDES BENZ FINANCIAL SERVICES  »»  003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | SELECT PORTFOLIO SERVICING  »»  004 | Mortgage Arrears | $146,796.12 | $91,899.87 | $54,896.25 |
| 5 | CITY OF PHILADELPHIA (LD)  »»  005 | Secured Creditors | $69.97 | $0.00 | $0.00 |
| 0 | SHERRI R DICKS ESQ | Attorney Fees | $310.00 | $0.00 | $310.00 |
| 6 | ATLANTIC CITY OFFICE OF TAX COLLECTION  »»  007 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-17533-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $110,361.71 | Current Monthly Payment: | $2,962.58 |
| Paid to Claims: | $91,899.87 | Arrearages: | $3,868.43 |
| Paid to Trustee: | $9,404.54 | Total Plan Base: | $158,668.84 |
| Funds on Hand: | $9,057.30 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.