| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 19-17533-AMC**

Donna P. Allen
526 E. Gorgas Lane
Philadelphia  PA   19119

Petition Filed Date: 12/02/2019
341 Hearing Date: 01/24/2020
Confirmation Date: 02/24/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/02/2023 | $3,808.04 | 1389807440 | 08/07/2023 | $2,902.19 | 1389807457 | 08/22/2023 | $3,808.04 | 1389807471 |
| 09/19/2023 | $2,902.19 | 1389807523 | 10/11/2023 | $2,902.19 | 1389807565 | 11/07/2023 | $2,902.19 | 1389807615 |
| 12/13/2023 | $2,902.19 | 2714000730 | 01/11/2024 | $2,902.19 | 2714000807 | 02/08/2024 | $2,902.19 | 2714000853 |
| 03/12/2024 | $2,902.19 | 2714000903 | 04/22/2024 | $2,902.19 | 2714000972 | 05/09/2024 | $2,902.19 | 2714001045 |
| 06/18/2024 | $2,902.19 | 2714001116 | 07/15/2024 | $2,902.19 | 2714001170 | | | |

**Total Receipts for the Period: $42,442.36   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $148,996.03**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Donna P. Allen | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 001 | Unsecured Creditors | $933.58 | $0.00 | $933.58 |
| 2 | MERCEDES BENZ FINANCIAL SERVICES USA LLC<br>»» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | MERCEDES BENZ FINANCIAL SERVICES USA LLC<br>»» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | SELECT PORTFOLIO SERVICING INC<br>»» 004 | Mortgage Arrears | $146,796.12 | $132,873.18 | $13,922.94 |
| 5 | CITY OF PHILADELPHIA (LD)<br>»» 005 | Secured Creditors | $69.97 | $0.00 | $0.00 |
| 0 | SHERRI R DICKS ESQ | Attorney Fees | $310.00 | $0.00 | $310.00 |
| 6 | ATLANTIC CITY OFFICE OF TAX COLLECTION<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-17533-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $148,996.03 | Current Monthly Payment: | $2,962.58 |
| Paid to Claims: | $132,873.18 | Arrearages: | $785.07 |
| Paid to Trustee: | $13,200.88 | Total Plan Base: | $158,668.84 |
| Funds on Hand: | $2,921.97 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.