## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| DONNA P. ALLEN | : | Chapter 13 |
| | : | |
| Debtor | : | Case No. 19-17533-AMC |
| | : | |

## ORDER

**AND NOW**, upon consideration of the Motion for Alternative Disbursement filed by the Standing Chapter 13 Trustee, and any answer filed thereto, and after notice and a hearing it is

**ORDERED,** that the Standing Chapter 13 Trustee shall not make any disbursements to Debtor's counsel, Sherri Dicks, Esquire in this case, and it is

**FURTHER ORDERED,** that the Standing Chapter 13 Trustee shall disburse the funds he is holding to the remaining unpaid creditors in accordance with the terms of the confirmed plan, and then refund any net proceeds directly to the Debtor.

BY THE COURT:

Dated: _____

**Date: April 18, 2025**

_____
**HON. ASHELY M. CHAN,**
**CHIEF BANKRUPTCY JUDGE**