United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-17533-amc |
| Donna P. Allen | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0313-2　　　　　　　　　　　User: admin　　　　　　　　　　　Page 1 of 3
Date Rcvd: Aug 21, 2025　　　　　　　　　Form ID: 206　　　　　　　　　　Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Donna P. Allen, 526 E. Gorgas Lane, Philadelphia, PA 19119-1323 |
| 14433741 | + | Atlantic City Office of Tax Collection, 1301 Bacharach Blvd., Room 125/126, Atlantic City, NJ 08401-4601 |
| 14433745 | + | Law Offices of Sherri Dicks, P.C., P.O. Box 42251, Philadelphia, PA 19101-2251 |
| 14577260 | + | Law Offices of Sherri R. Dicks, P.C., P.O. Box 42251, Philadelphia., PA 19101-2251 |
| 14433746 | + | Lord & Taylor, Attn: Bankruptcy Department, 225 Liberty Street, New York, NY 10281-1048 |
| 14433747 | + | Mercedes Benz North America, Attn: Nicholas Speeks, CEO, 1 Mercedes Benz Drive, Sandy Springs, GA 30328-4312 |
| 14433748 | | Select Portfolio Servicing, Inc., 3815 SouthWest Temple, Suite 2000, Salt Lake City, UT 84115 |
| 14443294 | + | U.S. Bank, N.A., c/o Rebecca A. Solarz, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Aug 22 2025 00:52:00 | U.S. Bank Trust Company, RAS Crane & Partners, PLLC, 13010 Morris Road, Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 14459014 | | Email/Text: notices@bkservicing.com | Aug 22 2025 00:53:00 | Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 14459738 | | Email/Text: notices@bkservicing.com | Aug 22 2025 00:53:00 | Daimler Trust, c/o Ed Gezel, BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 14503242 | | Email/Text: megan.harper@phila.gov | Aug 22 2025 00:53:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14433742 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 22 2025 00:53:00 | Comenity Bank, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14433743 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | Aug 22 2025 00:53:00 | Freedom Credit Union, 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 14433744 | ^ | MEBN | Aug 22 2025 00:40:50 | KML Law Group, Attn: Michael McKeever, BNY Mellon Independence Center, 701 Market Street, Suite 500, Philadelphia, PA 19106-1538 |
| 14458245 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 22 2025 01:03:12 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14433749 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 22 2025 00:53:00 | Select Portfolio Servicing, Inc., Attn: Bankruptcy Department, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14465763 | ^ | MEBN | Aug 22 2025 00:41:15 | U.S. Bank, N.A., et al, c/o Select Portfolio |

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14442527 | ^ | MEBN | Aug 22 2025 00:40:50 | U.S. Bank, N.A., successor trustee to LaSalle Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14433750 | + | Email/Text: legal@wayfair.com | Aug 22 2025 00:53:00 | Wayfair, Attn: Niraj Shah, CEO, 4 Copley Place, 7th floor, Boston, MA 02116-6513 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | BK SERVICING LLC, PO BOX 131265, ROSEVILLE MN 55113-0011, address filed with court:, Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113 |
| 14514727 | *P++ | BK SERVICING LLC, PO BOX 131265, ROSEVILLE MN 55113-0011, address filed with court:, Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113 |
| 14515104 | ##+ | Daimler Trust, c/o William E. Craig, Esq., Morton & Craig, LLC, 110 Marter Ave., Suite 301, Moorestown, NJ 08057-3125 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 23, 2025              Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2025 at the address(es) listed below:

**Name** | **Email Address**

ANN E. SWARTZ
   on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com ecfmail@ecf.courtdrive.com

DENISE ELIZABETH CARLON
   on behalf of Creditor U.S. Bank  N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE1, Asset-Backed Certificates Series 2007-HE1 bkgroup@kmllawgroup.com

MICHELLE L. MCGOWAN
   on behalf of Creditor U.S. Bank  N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE1, Asset-Backed Certificates Series 2007-HE1 mimcgowan@raslg.com

POLLY A. LANGDON
   on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

ROBERT BRIAN SHEARER
   on behalf of Creditor U.S. Bank Trust Company rshearer@raslg.com

SCOTT F. WATERMAN [Chapter 13]
   ECFMail@ReadingCh13.com

SHERRI DICKS
   on behalf of Debtor Donna P. Allen sdicks@raslg.com  shrdlaw@outlook.com

SHERRI R. DICKS

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 21, 2025 | Form ID: 206 | Total Noticed: 20 |

on behalf of Debtor Donna P. Allen clientdocs@verizon.net

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG

on behalf of Creditor Daimler Trust wcraig@egalawfirm.com  mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Donna P. Allen                                                                 Case No: 19−17533−amc

    Debtor(s)

_____

NOTICE OF CHAPTER 13 CASE CLOSED
WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☑  Debtor did not file certification of completion of instructional course concerning personal financial management.

☐  Debtor has not certified that all domestic support obligations due have been paid.

☐  Debtor has a prior discharge and is not eligible for a discharge in this case.

Dated: August 21, 2025

For The Court

Timothy B. McGrath
Clerk of Court

92
Form 206