# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Donna P. Allen aka Janet Donna Allen**<br>                                **Debtor** | **BK NO. 19-17533 AMC**<br><br>**Chapter 13** |
| **U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE1, Asset-Backed Certificates Series 2007-HE1**<br>                                **Movant**<br>         vs.<br><br>**Donna P. Allen aka Janet Donna Allen**<br>                                **Debtor**<br><br>**Scott Waterman, Esq.**<br>                                **Trustee** | **Related to Claim No. 4-1** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas, Esquire, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>November 18, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor</u>
Donna P. Allen aka Janet Donna Allen
526 East Gorgas Lane
Philadelphia, PA 19119-0000

<u>Attorney for Debtor</u>
Sherri Dicks, Esquire
Law Offices of Sherri R. Dicks, P.C.
P.O. Box 42251 (VIA ECF)
Philadelphia, PA 19101

<u>Trustee</u>
Scott Waterman, Esq.
2901 St. Lawrence Ave.
Suite 100 (via ecf)
Reading, PA 19606

Method of Service: Electronic means or first-class mail.

Dated: <u>November 18, 2022</u>

                                                      **/s/Brian C. Nicholas, Esquire**
                                                      Brian C. Nicholas, Esquire
                                                      Attorney I.D. 317240
                                                      KML Law Group, P.C.
                                                      BNY Mellon Independence Center
                                                      701 Market Street, Suite 5000
                                                      Philadelphia, PA 19106
                                                      201-549-5366
                                                      bnicholas@kmllawgroup.com