**Fill in this information to identify the case:**

Debtor 1  Donna P Allen aka Janet Donna Allen

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the    Eastern District Of Pennsylvania

Case number  19-17533

Official Form 410S1

# Notice of Mortgage Payment Change                                        **12/15**

**If the debtor's plan provides for payment of post petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor**: U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE1, Asset-Backed Certificates Series 2007-HE1

**Court claim no**. (if known): 4-2

**Last four digits** of any number you use to identify the debtor's account:    1430

**Date of payment change:** 07/01/2023
Must be at least 21 days after date of this notice

**New total payment:**    $ 1071.65
Principal, interest, and escrow, if any

| **Part 1:** | **Escrow Account Payment Adjustment** |
| --- | --- |

1. **Will there be a change in the debtor's escrow account payment?**

   ☒  No

   ☐  Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____        New escrow payment:  $ _____

| **Part 2:** | **Mortgage Payment Adjustment** |
| --- | --- |

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note account?**

   ☐  No
   ☒  Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non bankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: 10.30000 %        New interest rate:    11.30000  %

   Current principal and interest payment: $ 767.88  New principal and interest payment:  $ 808.60

Debtor1 <u>Donna P Allen aka Janet Donna Allen</u>                   Case Number (*If known*):19-17533

   First Name        Middle Name        Last Name

---

**Part 3:** | **Other Payment Change**

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

    Reason for change: _____

**Current mortgage payment:** $ _____ **New mortgage payment:** $ _____

---

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the *appropriate* box.

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ **/s/ Mark A. Cronin**                           Date   May 11, 2023
_____
  Signature

Print:   <u>Mark A. Cronin</u>                           Title <u>Attorney for Creditor</u>
        First Name          Middle Name       Last Name

Company   <u>KML Law Group, P.C.</u>

Address   <u>701</u>   <u>Market Street, Suite 5000</u>
         Number     Street
        <u>Philadelphia,</u>                <u>PA</u>   <u>19106</u>
        City                         State     ZIP Code

Contact phone  <u>(215) 627–1322</u>          Email <u>mcronin@kmllawgroup.com</u>

---