# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Donna P. Allen aka Janet Donna Allen**<br>**Debtor(s)** | **BK NO. 19-17533 AMC**<br><br>**Chapter 13** |
| **U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE1, Asset-Backed Certificates Series 2007-HE1**<br>**Movant**<br>**vs.**<br><br>**Donna P. Allen aka Janet Donna Allen**<br>**Debtor(s)**<br><br>**Scott Waterman**,<br>**Trustee** | **Related to Claim No. 4-2** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Mark A. Cronin of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on May 11, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Donna P. Allen aka Janet Donna Allen
526 East Gorgas Lane
Philadelphia, PA 19119-0000

Attorney for Debtor(s) (via ECF)
Sherri Dicks, Esquire
Law Offices of Sherri R. Dicks, P.C.
P.O. Box 42251
Philadelphia, PA 19101

Trustee (via ECF)
Scott Waterman
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service:  electronic means or first-class mail

Dated: May 11, 2023

*/s/ Mark A. Cronin*
Mark A. Cronin Esquire
Attorney I.D. 58240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mcronin@kmllawgroup.com